---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter ___**7**___

☐ Check if this is an
  amended filing

---

<u>Official Form 201</u>

## Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/16

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **The Mattress Headquarters, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **fdba Mattress HQ; fka Texas Grasshopper, LLC; fdba Affordable Mattress Outlet** |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | _3_ _8_ – _3_ _8_ _7_ _7_ _3_ _4_ _1_ |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1751 Stacy Road**<br>Number     Street | <br>Number     Street |
| | P.O. Box |
| **Fairview**          **TX**   **75069**<br>City          State   ZIP Code | <br>City          State   ZIP Code |
| **Collin**<br>County | **Location of principal assets, if different from principal place of business** |
| | <br>Number     Street |
| | <br>City          State   ZIP Code |

5. **Debtor's website (URL)**     **www.mattresshq.com**

6. **Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

---

Debtor  **The Mattress Headquarters, LLC**                                    Case number (if known) _____

**7.  Describe debtor's business**       *A.  Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

__4__  __4__  __2__  __1__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**       *Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.   *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____   When _____   Case number _____
                                            MM / DD / YYYY
        District _____   When _____   Case number _____
                                            MM / DD / YYYY
        District _____   When _____   Case number _____
                                            MM / DD / YYYY

Debtor __The Mattress Headquarters, LLC_____   Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____   Relationship _____

District _____   When _____
                                                                                MM / DD / YYYY

Case number, if known _____

Debtor _____   Relationship _____

District _____   When _____
                                                                                MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number        Street

_____

_____   _____   _____
City                                                      State       ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**▮ Statistical and adminstrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor  **The Mattress Headquarters, LLC**                          Case number (if known) _____

| 14. | Estimated number of creditors | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | Estimated liabilities | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## ████ Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **07/04/2017**
MM / DD / YYYY

X **/s/ John M. Martin**                                   **John M. Martin**
Signature of authorized representative of debtor      Printed name

Title  **Managing Member**

**18. Signature of attorney**

X **/s/ Michael S. Mitchell**                          Date  **07/04/2017**
Signature of attorney for debtor                              MM / DD / YYYY

**Michael S. Mitchell**
Printed name

**DeMarco Mitchell, PLLC**
Firm name

**1255 West 15th St., 805**
Number          Street

_____

**Plano**                                   **TX**       **75075**
City                                        State     ZIP Code

**(972) 578-1400**                          **mike@demarcomitchell.com**
Contact phone                               Email address

**00788065**
Bar number                                  State

**THE STATE OF TEXAS**

**COUNTY OF COLLIN**

**CERTIFICATE OF RESOLUTION**

**BEFORE ME,** the undersigned authority, on this day personally appeared John Michael Martin, known to me, who, being first by me duly sworn, did state that he was the duly elected and authorized Director of **The Mattress Headquarters, LLC**, a Texas Limited Liability Company (the "Entity"), and that the following is a correct excerpt of a resolution unanimously adopted by the member(s), and/or the duly elected and authorized and acting Board of Directors of the Entity on July 3, 2017:

"BE IT RESOLVED:   That in the judgment of the member(s) and/or the Board of Directors, it is desirable and for the best interests of the Entity, its creditors, and other interested parties, that a petition be filed by this Entity under the provisions of Chapter 7 of the United States Bankruptcy Code; and

BE IT FURTHER RESOLVED:   That by unanimous consent of each and all of the member(s) and/or the Board of Directors of the entity and further by the unanimous consent of the member(s) of the Entity, the director(s) and/or managing member(s) of the Entity be and they are hereby authorized and directed to take whatever action is necessary, specifically including, but not by way of limitation, the authority to enter into and execute any and all instruments or agreements necessary to secure for the Entity the relief accorded under Chapter 7 of the United States Bankruptcy Code; the sole and full discretion concerning the time of filing of these bankruptcy proceedings to be left to the sole discretion of the director(s) and/or managing member(s) of the Entity.

BE IT FURTHER RESOLVED:   That DeMarco·Mitchell, PLLC of Plano, Texas, shall be retained as attorneys for the Entity, for instituting such proceedings under the Bankruptcy Code and performing such services as counsel for the Entity as the director(s) and/or managing member(s) may deem appropriate and, without limiting the generality of the foregoing, obtaining a successful liquidation of the Entity's assets and/or successful termination of bankruptcy proceedings.

Name: John Michael Martin
Title:   Director

**THE STATE OF TEXAS**

**COUNTY OF COLLIN**

BEFORE ME, the undersigned, a Notary Public in and for said State, on this day personally appeared John Michael Martin, Director of **The Mattress Headquarters, LLC**, known to be the person and director whose name is subscribed to the foregoing instrument, and acknowledged to me that the same was the act of said Entity, and that he executed the same as the act of such Entity for the purposes and consideration therein expressed, and in the capacity therein stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this 3rd day of July, 2017.


/s/ Barbara Drake
_____
Notary Public in and for
The State of Texas




Barbara Drake
My Commission Expires
06/03/2020
ID No. 11853112

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

In re  **The Mattress Headquarters, LLC**                          Case No.  _____

                                                                   Chapter  **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.................................................................   **$3,000.00**

   Prior to the filing of this statement I have received.........................................................   **$3,000.00**

   Balance Due...........................................................................................................   **$0.00**

2. The source of the compensation paid to me was:

   ☐  Debtor                    ☑  Other (specify)
                                    **John Michael Martin, managing member**

3. The source of compensation to be paid to me is:

   ☑  Debtor                    ☐  Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 07/04/2017 | /s/ Michael S. Mitchell | |
| --- | --- | --- |
| *Date* | *Michael S. Mitchell* | Bar No.  00788065 |
| | DeMarco Mitchell, PLLC | |
| | 1255 West 15th St., 805 | |
| | Plano, TX 75075 | |
| | Phone: (972) 578-1400 / Fax: (972) 346-6791 | |

---

 /s/ John M. Martin
*John M. Martin*
*Managing Member*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

IN RE:   **The Mattress Headquarters, LLC**                              CASE NO

CHAPTER    **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  7/4/2017 _____          Signature _ **/s/ John M. Martin** _____
                                                                          **John M. Martin**
                                                                          **Managing Member**

Date _____          Signature _____

ADT, LLC
C/O American Financial Management, Inc.
8755 West Higgins Road
Suite 610
Chicago, IL 60631

Ally Financial
PO Box 660208
Dallas, TX 75266-5165

Ally Financial
PO Box 380901
Bloomington, MN 55438

Ambit Energy
PO Box 660462
Dallas, TX 75260

American Express Bank, FSB
C/O Elise D. Manchester
Old Town Square 1
Chisholm Trail, Suite 301
Round Rock, TX 78681

Anton Kurtovic
525 Red Oak Street
Allen, TX 75002

Around Campus Group
88 VilCom Center Dr.
Suite 160
Chapel Hill, NC 27514

Atmos Energy
PO Box 660462
Dallas, TX 75266

Atomic Design & Consulting
8105 Rasor Blvd.
Suite 202
Plano, TX 75024

Attorney General of Texas
Taxation Division - Bankruptcy
Box 12548 Capitol Station
Austin, TX 78711


Attorney General of Texas
Bankruptcy Reporting Contact
OAG/CSD/Mail Code 38
P.O. Box 12017
Austin, TX 78711-2017

Barack Ferazzano Kirschbaum & Nagelberg
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
Attn:  Suzanne Bessette-Smith


Brandi Werner
5551 Malinda Circle
Sachse, TX 75048



Brorson & Associates
8350 N. Central Expressway
Suite 750
Dallas, TX 75206
Attn:  Valerie Fratiani, CPA

Cardinal Ridge, LLC
3200 Riverfront Dr.
Suite 204
Fort Worth, TX 76107


Centerpoint Energy
PO Box 2628
Houston, TX 77252-2628



Christina Hewlett
5041 Thompson Dr.
The Colony, TX 75056



CHTD Company
P.O. Box 2576
Springfield, IL 62708

City of Tyler
Tyler Water Utilities
PO Box 336
Tyler, TX 75710


Collin County Tax Assessor-Collector
2300 Bloomdale Road, Suite 2324
McKinney, TX 75071


Commerce Executive Joint Venture
16610 Dallas Parkway
Suite 2300
Dallas, TX 75248


Corsicana Bedding
495 S. Grand Central Parkway
Las Vegas, NV 89106


Corsicana Mattress Co.
PO Box 1050
Corsicana, TX 75151


CoServ
7701 S. Stemmons
Corinth, TX 76210


CoServ
7701 S. Stemmons
Corinth, TX 76210-1842


Coserv
P.O. Box 650785
Dallas, TX 75265-0785


CST Co.
PO Box 224768
Dallas, TX 75222-4768

Cynthia McKenna
884 Legend Trail
Wylie, TX 75098


D Magazine
C/O Hillcrest, Davidson and Associates
715 N. Glenville, Suite 450
Richardson, TX 75081

Dallas County Tax Office
PO Box 139066
Dallas, TX 75313-9066


Dallas County Tax Office
1201 Elm Street, Suite 2600
Dallas, TX 75270


David Dickson
Beard Kultgen Brophy Bostwick & Dickson
220 South Fourth Street
Waco, TX 76701

Denise Farquhar
10389 Iron Ore Rd.
Conroe, TX 77303


Devi Bradford
8670 Biggs Road
Princeton, TX 75407


DJB No. 25, LP
7001 Preston Road
Suite 250
Dallas, TX 75205


Dormae Products
1300 Blackjack
PO Box 760550
Dallas, TX 75353-0550

Everlasting Capital Corp.
18 North Main Street, Suite #5
Rochester, NH 03867


Farmers Electric Cooperative
2000 I-30 East
Greenville, TX 75402-9084


FC Marketplace, LLC
747 Front Street, Floor 4
San Francisco, CA 94111


First Industrial Realty Trust, Inc.
2475 Merritt Drive
Garland, TX 75041


First Monday
800 First Monday Lane
PO Box 665
Canton, TX 75103


First Monday Trade Days
800 Flea Market Road
Canton, TX 75103


FLM Keller Parkway, LLC
PO Box 802047
Dallas, TX 75380


FLM Keller Parkway, LLC
C/O Charles A. McClure
4099 McEwen, Suite 300
Dallas, TX 75244


FR Dallas Houston, LLC
C/O First Industrial Realty Trust, Inc.
311 South Wacker Dr., Suite 3900
Chicago, IL 60606

FR Dallas Houston, LLC
C/O First Industrial Realty Trust, Inc.
311 South Wacker Dr., Suite 3900
Chicago, IL 60606
Attn:  Operations Department

Friedman & Feiger
5301 Spring Valley Road, Suite 200
Dallas, TX 75001
Attn:  Joy H. Phillips, Esq.

Friedman & Feiger, LLP
5301 Spring Valley Road
Suite 200
Dallas, TX 75254
Attn:  Laura L. Tripp

Frontier
7979 N. Beltline
Irving, TX 75063

Gay, McCall, Isaacks & Roberts
777 East 15th Street
Plano, TX 75074

Greg Sevadjian
6807 Meadow Lake Ave.
Dallas, TX 75214

Harrell Pailet & Associates, P.C.
5454 La Sierra Drive, Suite 100
Dallas, TX 75231
Attn:  Justin Dertinger

Highland Park Sports Club
6125 Luther Land #109
Dallas, TX 75225

Hood County Tax Assessor
1410 W. Pear Street
Granbury, TX 76048

Innova Sleep Systems, Inc.
2290 Huntington Dr.
Suite 200
San Marino, CA 91108

Innovative Financial Solutions
Debt Pros
PO Box 34313
San Antonio, TX 78265

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service -
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Inventrust Properties
5057 Keller Springs Road
Suite 450
Addison, TX 75001

IVT Highlands at Flower Mound, LP
C/O InvenTrust Management, LLC
2809 Butterfield Road
Oak Brook, IL 60523

John Goldstone, Esq.
1906 Pequeno St.
Austin, TX 78757

John Michael Martin
1751 Stacy Road
Fairview, TX 75069

John Pufal
1316 Amsterdam Ct.
Granbury, TX 76048

John Pufal
1511 Pebble Ct.
Granbury, TX 76048


John Ramsey
4204 Gallant Ct.
Flower Mound, TX 75028


Jonathan R. Patton
Tillotson Law
750 N. St. Paul, Suite 610
Dallas, TX 75201

JPMorgan Chase Bank
C/O National Bank by Mail
PO Box 36520
Louisville, KY 40233-6520

Kathy Turner
1722 W. Doyle Street
Granbury, TX 76048


Kaufman Brands
401 E. CR 200 N.
PO Box 67
Arcola, IL 61910


Kingsdown, Inc.
PO Box 826521
Philadelphia, PA 19182-6521


Landry Jones
610 Sunset Ct.
Argyle, TX 76226


Larry Strauss
Coh & Dussi, LLC
500 West Cummings Park, Suite 2350
Woburn, MA 01801

Legal Services
Phillips Edison & Company
11501 Northlake Drive
Cincinnati, OH 45249

Lelia Bush
7900 Texian Trail
McKinney, TX 75070

Les Gilbert
2224 Ridgedale Dr.
Arlington, TX 76013

Linebarger, Goggan, Blair & Sampson, LLP
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

Lyon Collection Services, Inc.
7924 West Sahara Ave.
Las Vegas, NV 89117

Mantua Mfg. Co.
5534 Armour Drive
Houston, TX 77020

Maribel Gonzalez
311 Wilma
Agua Dulce, TX 78330

Mark S. Carter
79 Main Street
Suite 1
Hackensack, NJ 07601

Melton Good
510 Sheldon Ct.
Lewisville, TX 75077

Millenium Graphics & Design
3 Fir Court, Suite 4
Oakland, NJ 07436


Momentum Commercial Realty, Inc.
16610 Dallas Parkway, Suite 2300
Dallas, TX 75248


Murphy Marketplace Station, LLC
Robert F. Myers, COO
11501 Northlake Drive
Cincinatti, OH 45249


Okba Enterprises, Inc.
PO Box 7940
Tyler, TX 75711


Olde English Village Limited Partnership
d/b/a Broadway Town Center
3313 S. University Drive
Suite 600
Fort Worth, TX 76109


Omar Estrella
4900 S 26th
McAllen, TX 78503


Pat King
1611 Palomino Way
Kingwood, TX 77339


Paychex, Inc.
8605 Freeport Pkwy.
Suites 100
Irving, TX 75063


PFC Furniture Industries, Inc.
400 Industrial Drive #400
Richardson, TX 75081

Philip D. Collins & Associates, P.C.
7557 Rambler Road, Suite 930
Dallas, TX 75231


Potter Investments, Ltd.
C/O Consortium Texas, LLC
PO Box 801628
Dallas, TX 75380-1628


Preston Heights - Frisco, LLC
2400 Dallas Parkway, Suite 560
Plano, TX 75093
Attention:   Property Manager


Price Industries, Inc.
P.O. Box 536
Ennis, TX 75120


Protection One
PO Box 49292
Wichita, KS 67201


Protection One Alarm Monitoring, Inc.
PO Box 219044
Kansas City, MO 64121-9044


Pure Mattress, LLC
15411 Stable Oak Dr.
Cypress, TX 27370


Republic Services
4200 East 14th Street
Plano, TX 75074


Rex L. Kesler
Attorney and Counselor at Law
2311 Canal Street, Suite 304
Houston, TX 77003

Richard Boone
3318 Crystal Clear Court
Granbury, TX 76049


Richardson I.S.D. Tax Office
970 Security Row
Richardson, TX 75081


Robert Gomez
600 Lucero
Alice, TX 78332


Sam Heating & Cooling
1313 Columbus Lane
Wylie, TX 75098


Samuel Struthers
3510 Lakeway Dr.
Wylie, TX 75098


Sanitary Mattress Company
C/O Tina Mendoza
Fuselier Associates
PO Box 12609
Houston, TX 77217

Sealy
One Office Pkwy.
Trinity, NC 27370


Sealy
1000 Tempur Way
Lexington, KY 40511


Sean Landrum
3944 La Tierra Linda Trail
McKinney, TX 75069

Serta Mattress Co.
Account Services
1802 N.E. Loop 410, Suite 400
San Antonio, TX 78217


Serta Mattress Co.
PO Box 659818
San Antonio, TX 78265-9118



Settle Pou
3333 Lee Parkway
Eighth Floor
Dallas, TX 75219
Attn:  Michael P. Menton

Sharada Pothukanuri
14121 Mensano Dr.
Frisco, TX 75035


Sherwood Southwest
1825 W. Beltline Rd.
Suite 100
Carrollton, TX 75006


Sherwood Southwest
PO Box 224768
Dallas, TX 75222-4768


Simply Amish
C/O Craig Luffy
7557 Rambler Road, Suite 930
Dallas, TX 75231


Smith County Tax Office
PO Box 2011
Tyler, TX 75710


Snap Advances, LLC
1182 W. 2400 S.
West Valley City, UT 84119

Southern Classic Holdings, LLC
C/O Drake Management Services
103 Baylor Drive
Tyler, TX 75703


Southern Classic Holdings, LLC
1306 Wilma Street
Tyler, TX 75701


Sparkletts & Sierra Springs
PO Box 660579
Dallas, TX 75266-0579


Spectrum
PO Box 790086
Saint Louis, MO 63179-0086


Spectrum Business
3301 W. Royal Lane
Irving, TX 75063


Spectrum Business
4145 S Falkenburg Rd.
Riverview, FL 33578-8652


Spectrum Business
PO Box 38250
Charlotte, NC 2827808932


Staples Business Advantage
Department DAL
PO Box 83689
Chicago, IL 60696-3689


Suddenlink
PO Box 660365
Dallas, TX 75266-0365

Suddenlink Business
1820 SSW Loop 323
Tyler, TX 75701


Suddenlink Communications
520 Maryville Centre Dr. #300
St. Louis, MO 63141


TBI Construction Services
5751 Kruger Drive
Suite 114
Fort Worth, TX 76244


TBI Construction/Development
4030 Sandshell Drive
Fort Worth, TX 76137
Attn:  David Terry


Tempur-Pedic North America, LLC
Po Box 202707
Dallas, TX 75320-2707


Terry Lawrence
1508 Copper Creek
Plano, TX 75075


Texas Comptroller of Public Accounts
Office of the Attorney General
Bankruptcy Collections Div.
P.O. Box 12548, MC-008
Austin, TX 78711-2548


Texas Filter Services
10276 Robinson Dr.
Tyler, TX 75703


Texas Workforce Commission
TEC Building Tax Dept.
101 E. 15th Street
Austin, TX 78778

The American National Bank of Texas
P.O. Box 40
Terrell, TX 75160


The American National Bank of Texas
102 West Moore Ave.
Terrell, TX 75160


The American National Bank of Texas
McKinney Banking Center
2851 South Central Expressway
McKinney, TX 75070


Thomas E. Goodwin
Parr Brown Gee & Loveless
101 South 200 East, Suite 700
Salt Lake City, UT 84111


Tyler Area Chamber of Commerce
315 N. Broadway Ave.
Suite 100
Tyler, TX 75702


Tyler Broadway/Centennial LP
2525 McKinnon Street
Suite 700
Dallas, TX 75201


United Cooperative Services
PO Box 961079
Fort Worth, TX


United Cooperative Services
PO Box 290
Stephenville, TX 76401


United States Attorney
110 North College Ave., Ste. 700
Tyler, TX 75702-0204

United States Trustee
110 North College Ave., Ste. 300
Tyler, TX 75702-7231


W. W. Willingham, Trustee
8525 Ferndale, Suite 204
Dallas, TX 75238-4423


WFAA
606 Young Street
Dallas, TX 75202